# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVON T. WARNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATRICK MANGOLD, et al. | : | NO. 14-1503 |

## ORDER

AND NOW, this 25 day of August, 2014, upon consideration of plaintiff's amended complaint (Document No. 11), it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_/s/ William H. Yohn, Jr._
WILLIAM H. YOHN, JR., J.